IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) Civil Action No.: | 5:13-CV-1180 (TWD) |
| v. | ) | |
| $198,573.85 in U.S. Currency in lieu of Bank of America, Account Number XXXXXXXX6421, | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

WHEREAS, by virtue of the Order Directing Entry of a Default Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on **August 5, 2014**, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant currency is hereby forfeited to the United States of America to be disposed of in accordance with law.

| | |
|---|---|
| **August 5, 2014** | **LAWRENCE K. BAERMAN** |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |